# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

BELINDA HARLSON

VERSUS

KIRKER ENTERPRISES, INC.;
NOXELL CORPORATION; REGIS
CORPORATION; CONOPCO, INC.;
THE PROCTER AND GAMBLE
COMPANY; COTY, INC., L'OREAL
USA, INC.; REVLON, INC.;
SALLY'S BEAUTY SUPPLY, LLC;
HAIR CROWN, INC.; LS BEAUTY
SUPPLY, LLC; SUMMIT
LABORATORIES, INC.; BRONNER
BROTHERS MANUFACTURING
COMPANY; FANTASIA
INDUSTRIES, CORP.; UNIVERSAL
BEAUTY PRODUCTS, INC.; AMPRO
INDUSTRIES, INC.; SOFTSHEEN
PRODUCTS, INC.; CREATIVE
IMAGE SYSTEMS, INC.; HOYU
AMERICA COMPANY; ANGELA
MANUFACTURING CORPORATION;
AND MCBRIDGE RESEARCH
LABORATORIES, INC.

NO.   2021 CW 1056

DECEMBER 6,2021

---

In Re:    L'Oreal USA, Inc., applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 698735.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT